IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| TZEDKIYAH EL BEY, | * |
| Plaintiff, | * |
| v. | Case No. 7:17-CV-179(WLS) |
| | * |
| DOERUN MUNICIPAL COURT, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated November 22, 2017, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 22nd day of November, 2017.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk